## Schach *v.* Hazle Brook Coal Company, Appellant.

Argued March 16, 1938.

Before KELLER, P. J., CUNNINGHAM, BALDRIGE, STADTFELD, PARKER and RHODES, JJ.

*P. B. Roads,* for appellant.

*Roger J. Dever,* for appellee.

PER CURIAM, April 13, 1938:
The order of the court below is affirmed on the opinion of Judge PALMER.